# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| IN RE<br>ESPADA, Maribel<br>　　　　　　　　　Debtor(s) | Chapter 13<br>Case No. 09-16519-FJB |
|---|---|

### TRUSTEE'S OBJECTION TO CONFIRMATION OF THE DEBTOR'S AMENDED CHAPTER 13 PLAN

     Now comes Carolyn Bankowski, Standing Chapter 13 Trustee, and respectfully objects to the confirmation of the Debtor's Amended Chapter 13 Plan (the "Plan"), and for reasons therefore says as follows:

1. The Debtor commenced this case by filing a petition on July 10, 2009.
2. On August 26, 2009, the Trustee presided over a 341 meeting of creditors and examined the Debtor.
3. On September 23, 2009, the Debtors filed an amended Chapter 13 Plan. The Trustee cannot recommend the Plan for confirmation at this time because it is not feasible.
4. The plan provides for monthly plan payments of $558.00 per month over a term of 60 months for a plan total of $33,480.00.
5. According to the Debtor's Schedules I and J, the Debtor has disposable income of $538.74 per month which is not sufficient to fund the plan.
6. In addition, the Debtor is currently 1 month in arrears totaling $577.00.

**WHEREFORE** the Chapter 13 Trustee respectfully requests that the Court sustain her objection to confirmation, and for such other relief as is appropriate.

Dated: 10/22/09

                                       Respectfully submitted,

                                       By: /s/ Carolyn Bankowski
                                       Carolyn Bankowski, BBO#631056
                                       Patricia A. Remer, BBO#639594
                                       Standing Chapter 13 Trustee
                                       PO Box 8250
                                       Boston, MA  02114
                                       (617) 723-1313

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE<br>ESPADA, Maribel<br>                Debtor(s) | Chapter 13<br>Case No. 09-16519-FJB |

## Certificate of Service

The undersigned hereby certifies that on 10/22/09, a copy of the Trustee's Objection to Debtor's Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the debtor and debtor's counsel at the addresses set forth below.

    Maribel Espada
    24 Bellingham Avenue
    Everett, mA  02149

    Nicholas Ortiz, Esquire
    306 Dartmouth Street, Ste. 501
    Boston, MA  02116

                                               /s/ Carolyn Bankowski